**ATTORNEY GRIEVANCE COMMISSION**
**OF MARYLAND**

**v.**

**WINSTON BRADSHAW SITTON**

\*     **IN THE**

\*     **COURT OF APPEALS**

\*     **OF MARYLAND**

\*     **Misc. Docket AG No. 12**

\*     **September Term, 2021**

## CORRECTED ORDER

Upon consideration of the Petition for Disciplinary or Remedial Action, with attached certified copy of a Judgment entered January 22, 2021, whereby the Supreme Court of Tennessee suspended the license of Winston Bradshaw Sitton to practice law in Tennessee for four years; and it appearing that Winston Bradshaw Sitton, Respondent, is admitted to the Bar of this Court, it is this 24th day of August 2021

**ORDERED**, by the Court of Appeals of Maryland, in accordance with Maryland Rule 19-737(d), that Winston Bradshaw Sitton be, and hereby he is, indefinitely suspended, effective immediately, from the practice of law in the State of Maryland with the right to petition for reinstatement after he is unconditionally reinstated to practice law in Tennessee; and it is further

**ORDERED**, that the Clerk of this Court shall strike the name of Winston Bradshaw Sitton from the register of attorneys in the Court and comply with the notice provisions of Maryland Rule 19-761(b).

Pursuant to Maryland Uniform Electronic Legal
Materials Act
(§§ 10-1601 et seq. of the State Government Article) this document is authentic.

/s/ Mary Ellen Barbera
Chief Judge

Suzanne C. Johnson, Clerk

The correction notice(s) for this opinion(s) can be found here:

https://mdcourts.gov/sites/default/files/import/appellate/correctionnotices/coa/12a21agcn.pdf